ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 DEC -1 AM 9:36
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:16-CR-516-D |
| v. | |
| ALAN ANDREW BEAUCHAMP (01) <br> RICHARD FERDINAND TOUSSAINT, JR. (02) <br> WADE NEAL BARKER (03) <br> WILTON MCPHERSON BURT (04) <br> ANDREA KAY SMITH (05) <br> CARLI ADELE HEMPEL (06) <br> KELLY WADE LOTER (07) <br> JACKSON JACOB (08) <br> DOUGLAS SUNG WON (09) <br> MICHAEL BASSEM RIMLAWI (10) <br> DAVID DAESUNG KIM (11) <br> WILLIAM DANIEL NICHOLSON IV (12) <br> SHAWN MARK HENRY (13) <br> MRUGESHKUMAR KUMAR SHAH (14) <br> GERALD PETER FOOX (15) <br> FRANK GONZALES JR. (16) <br> ISRAEL ORTIZ (17) <br> IRIS KATHLEEN FORREST (18) <br> ANDREW JONATHAN HILLMAN (19) <br> SEMYON NAROSOV (20) <br> ROYCE VAUGHN BICKLEIN (21) | |

## MOTION FOR ORDER TO UNSEAL

The United States moves for entry of an Order unsealing the Indictment filed November 16, 2016, as to the above-listed individuals.

Motion to Unseal Indictment - Page 1

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Kate Pfeifle*
KATHERINE E. PFEIFLE
Assistant United States Attorney
Bar No. 24041912
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8693
Facsimile: 214-659-8805
Email: Katherine.pfeifle@usdoj.gov