IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:16-CR-516-D |
| GERALD PETER FOOX (15) | |

## MOTION FOR PRETRIAL DETENTION

The United States moves for detention of defendant, **Gerald Peter Foox**, pursuant to Rule 5(d)(3) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3142.

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

    ____ Crime of violence (18 U.S.C. § 3156);

    ____ Maximum sentence life imprisonment or death

    ____ 10 + year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

    ____ Felony involving a minor victim

    ____ Felony involving a firearm, destructive device, or any other dangerous weapon

    ____ Felony involving a failure to register (18 U.S.C. § 2250)

    ____ Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    <u>  X  </u>  Defendant's appearance as required

    <u>       </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/**will not** invoke the rebuttable presumption against defendant because (check one or both):

    <u>       </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    <u>       </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    <u>       </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    <u>       </u>  Previous conviction for "eligible" offense committed while on pretrial bond

    <u>       </u>  Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    <u>       </u>  At first appearance

    <u>  x  </u>  After continuance of **one** day.

DATED this <u>  16th  </u> day of December, 2016.

**Motion for Detention - Page 2**

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ *Andrew Wirmani*

Andrew O. Wirmani
Assistant United States Attorney
Texas State Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8681
andrew.wirmani@usdoj.gov

**Motion for Detention - Page 3**

Case 3:16-cr-00516-D   Document 149   Filed 12/16/16   Page 4 of 4   PageID 421

## CERTIFICATE OF SERVICE

I certify that on December 16, 2016, I filed this notice with the clerk of the court for the U.S. District Court, Northern District of Texas. I also certify that a copy of this notice was served on all counsel of record.

/s/ Andrew Wirmani
Andrew O. Wirmani
Assistant United States Attorney

**Motion for Detention - Page 4**