U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 19 2019
CLERK, U.S. DISTRICT COURT
By ________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America, Plaintiff, | Case No. 3:16 CR 516-19<br>3:18 CR 475-1 |
| -vs- | SENTENCING ORDER<br>RE: SPECIAL CONDITIONS<br>OF SUPERVISED RELEASE |
| Andrew Jonathan Hillman, Defendant. | JUDGE JACK ZOUHARY |

## SPECIAL CONDITIONS

**Substance Abuse Treatment and Testing**
Defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. Defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. Defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month.

**No Alcohol**
Defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

**Financial Information**
Defendant shall provide to the probation officer any requested financial information.

**Employment**
Defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of health care or health care billing without the probation officer's approval.

**Fine**
Defendant shall pay any remaining balance of the fine as set out in this Judgment.

**Restitution**
Defendant shall pay any remaining balance of restitution as set out in this Judgment.

I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.

**Further, I waive any late notice and supporting explanation of each of these conditions as may be required under 18 U.S.C. § 3583.**

Date: 12/19/19

Andrew Jonathan Hillman, Defendant

Attorney

IT IS SO ORDERED.

Judge Jack Zouhary