IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

United States of America,

Plaintiff,

-vs-

Andrew Jonathan Hillman (19),

Defendant.

Case No. 3:16 CR 516

AMENDED RESTITUTION ORDER

JUDGE JACK ZOUHARY

The Restitution Order (Doc. 1407) is amended to read as follows: With Defendant Hillman's conviction on Count One of the Superseding Indictment, charging a violation of 18 U.S.C. § 371, Conspiracy to Pay and Receive Health Care Bribes and Kickbacks, this Court orders restitution of five hundred and thirty-seven thousand, eight hundred and fifty-five dollars and eighty-two cents ($537,855.82).

Liability for this amount is joint and several with all other Defendants who are ordered to pay restitution.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

January 8, 2020